# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 28, 2023

Lyle W. Cayce
Clerk

No. 22-20346
Summary Calendar

WALTER MOORE,

*Plaintiff—Appellant*,

*versus*

METROPOLITAN TRANSIT AUTHORITY OF HARRIS COUNTY
TEXAS; TEXAS MUTUAL INSURANCE COMPANY,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-1679

Before HIGGINBOTHAM, GRAVES, and HO, *Circuit Judges*.

PER CURIAM:*

Having fully considered the parties' briefing and the record on appeal, we conclude that the district court did not commit reversible error in dismissing the suit. AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.